B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10−31052−bam**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

## See Additional Pages For Important Explanations and Notices

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| MARK V. MARTINO<br>124 FARKAS LANE<br>LAS VEGAS, NV 89145 | VIRGINIA C. THOMPSON−MARTINO<br>aka VIRGINIA C. THOMPSON, aka VIRGINIA C. MARTINO<br>124 FARKAS LANE<br>LAS VEGAS, NV 89145 |
| Case Number:<br>10−31052−bam<br>Judge: BRUCE A. MARKELL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0732<br>xxx−xx−3205 |
| Attorney for Debtor(s) (name and address):<br>H STAN JOHNSON<br>CJD LAW GROUP, LLC<br>6293 DEAN MARTIN DRIVE, STE. G<br>LAS VEGAS, NV 89118<br>Telephone number: (702) 823−3500 | Bankruptcy Trustee (name and address):<br>BRIAN D. SHAPIRO<br>WWW.TRUSTEESHAPIRO.COM<br>411 E. BONNEVILLE AVE. #300<br>LAS VEGAS, NV 89101<br>Telephone number: (702) 386−8600 |

## Meeting of Creditors
Date: **December 13, 2010**          Time: **09:30 AM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/11/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702)388−6257 | For the Court:<br>Clerk of the Bankruptcy Court:<br>*Mary A. Schott*<br>Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 11/4/10 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS
## (CONTINUED)

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on page 1 of this form. The case is covered by a trustee's blanket bond, the original of which is on file with the court. |
| | The trustee may abandon property of the estate that is burdensome or is of inconsequential value and benefit to the estate without further notice of abandonment, pursuant to 11 U.S.C. Section 554(a). Further notice will be provided upon request only. Any non−exempt property scheduled, but not administered at the time of closing of a case will be deemed abandoned pursuant to 11 U.S.C. Section 554(c). |
| | Please note that the trustee may use, sell or lease all non−exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Federal Bankruptcy Rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

Refer to Previous Page for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0978-2            User: admin                 Page 1 of 2            Date Rcvd: Nov 05, 2010
Case: 10-31052                  Form ID: B9A                Total Noticed: 48

The following entities were noticed by first class mail on Nov 07, 2010.
db/jdb        +MARK V. MARTINO,   VIRGINIA C. THOMPSON-MARTINO,   124 FARKAS LANE,   LAS VEGAS, NV 89145-4018
aty           +H STAN JOHNSON,   CJD LAW GROUP, LLC,   6293 DEAN MARTIN DRIVE, STE. G,
               LAS VEGAS, NV 89118-3845
6498973       +Allied Collection Serv,   Acct No xxxxx4201,   3080 S Durango Dr Ste 20,
               Las Vegas, NV 89117-9193
6498976       +Applied Card Bank,   Acct No xxxxxxxxxxxx0330,   Attention: General Inquiries,   Po Box 17125,
               Wilmington, DE 19850-7125
6498977       +Aspire,   Acct No xxxxxxxxxxxx0221,   Pob 105555,   Atlanta, GA 30348-5555
6498978        Aspire,   Acct No xxxxxxxxxxxx0221,   PO Box 84078,   Columbus, GA 31908-4078
6498979       +Bac Home Loans Servici,   Acct No xxxx3442,   450 American St,   Simi Valley, CA 93065-6285
6498980       +Bellagio,   3600 Las Vegas Boulevard South,   Las Vegas, NV 89109-4339
6498987       +Credit One,   Acct No xxxxxxxxxxxx4439,   PO Box 60500,   City of Industry, CA 91716-0500
6498989       +Creditburcen,   Acct No xxxxx7011,   2355 Red Rock St Ste 200,   Las Vegas, NV 89146-3106
6498990        Diagnostic Center of Medicine,   Acct No xx3794,   PO Box 50590,   Henderson, NV 89016-0590
6498993       +F. Thomas Edwards, Esq.,   Acct No A-10-622330-C,   Santoro, Driggs, et al.,
               400 S. Fourth St. Third Floor,   Las Vegas, NV 89101-6201
6498997       +Haig's Quality Printing,   6360 Sunset Corporate Dr.,   Las Vegas, NV 89120-2795
6499001       +IRS,   PO Box 95430,   Seattle, WA 98145-2430
6499002       +Jefferson Capital Syst,   Acct No xxxxxxxxx6003,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
6499003       +Las Vegas Color Graphics,   Acct No xxx9186,   c/o The Grosbeck Group, Ltd.,
               145 E. Reno Ave., #E-8,   Las Vegas, NV 89119-1114
6499007       +Medical District Surgery Center,   Acct No xx6495,   PO Box 88629,   Chicago, IL 60680-1629
6499011       +Seavest Reality Inc.,   Acct No xxxxxxxxP210,   PO Box 95430,   Seattle, WA 98145-2430
6499012       +Specialized Loan Servi,   Acct No xxxxxx3674,   8742 Lucent Blvd,
               Highlands Ranch, CO 80129-2302
6499013       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   Acct No xxxx-xxxx-xxxx-7365,   PO Box 790408,
               Saint Louis, MO 63179-0408)
6499014       +Volkswagon Credit Inc,   Acct No xxxxx9194,   c/o Brice, Vander, Linden and Wernick PC,
               9441 Lbj Freeway Suite 250,   Dallas, TX 75243-4640
6499015       +Wamu c/o Integrity Financial,   Acct No xxxx-xxxx-xxxx-6922,   4370 W. 109th St. Ste 100,
               Leawood, KS 66211-1316

The following entities were noticed by electronic transmission on Nov 06, 2010.
tr            +EDI: BBDSHAPIRO.COM Nov 05 2010 22:58:00      BRIAN D. SHAPIRO,   WWW.TRUSTEESHAPIRO.COM,
               411 E. BONNEVILLE AVE. #300,   LAS VEGAS, NV 89101-6632
ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                           U.S. TRUSTEE - LV - 7,
               300 LAS VEGAS BOULEVARD, SO.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
6498972        EDI: HFC.COM Nov 05 2010 22:58:00      Account Central,   Acct No xxxxxxxxxxxx6554,   PO Box 60136,
               City of Industry, CA 91716-0136
6498974       +EDI: WFNNB.COM Nov 05 2010 22:58:00      Ann Taylor,   Acct No xxxxxxxxxxxx5126,   PO Box 659705,
               San Antonio, TX 78265-9705
6498981        EDI: HFC.COM Nov 05 2010 22:58:00      Beneficial,   Acct No xxxxxxxxxxxx4946,   PO Box 60101,
               City of Industry, CA 91716-0101
6498983        EDI: CAPITALONE.COM Nov 05 2010 22:58:00      Capital One,   Acct No xxxxxxxxxxxx9299,
               P.O. Box 60599,   City Of Industry, CA 91716-0599
6498982        EDI: CAPITALONE.COM Nov 05 2010 22:58:00      Capital One,   Acct No xxxx-xxxx-xxxx-7932,
               PO Box 60599,   City of Industry, CA 91716-0599
6498984       +EDI: AIS.COM Nov 05 2010 22:58:00      Capital One, N.a.,   Acct No xxxxxxxxxxxx9299,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
6498985       +EDI: CITICORP.COM Nov 05 2010 22:58:00      Citibank Sd, Na,   Acct No xxxxxxxxxxxx0242,
               Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
6498986        EDI: CITICORP.COM Nov 05 2010 22:58:00      Citicard,   Acct No xxxxxxxxxxxx0242,   PO Box 6401,
               The Lakes, NV 88901-6401
6498988       +EDI: RCSFNBMARIN.COM Nov 05 2010 22:58:00      Credit One Bank,   Acct No xxxxxxxxxxxx4439,
               Po Box 98875,   Las Vegas, NV 89193-8875
6498991       +EDI: DISCOVER.COM Nov 05 2010 22:58:00      Discover,   Acct No xxxxxxxxxxxx2733,   POB 29033,
               Phoenix, AZ 85038-9033
6498992       +EDI: DISCOVER.COM Nov 05 2010 22:58:00      Discover Fin,   Acct No xxxxxxxxxxxx2733,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
6498994        EDI: AMINFOFP.COM Nov 05 2010 22:58:00      First Premier,   Acct No xxxxxxxxxxxx4047,
               PO Box 5147,   Sioux Falls, SD 57117-5147
6498995       +EDI: AMINFOFP.COM Nov 05 2010 22:58:00      First Premier Bank,   Acct No xxxxxxxxxxxx7420,
               3820 N Louise Ave,   Sioux Falls, SD 57107-0145
6498996        EDI: AMINFOFP.COM Nov 05 2010 22:58:00      First Premier Bank,   Acct No xxxxxxxxxxxx7420,
               PO Box 5147,   Sioux Falls, SD 57117-5147
6498999       +EDI: HFC.COM Nov 05 2010 22:58:00      Hsbc Bank,   Acct No xxxxxxxxxxxx6554,   Po Box 5253,
               Carol Stream, IL 60197-5253
6498998       +EDI: HFC.COM Nov 05 2010 22:58:00      Hsbc Bank,   Acct No xxxxxxxxxxxx0108,   Attn: Bankruptcy,
               Po Box 5253,   Carol Stream, IL 60197-5253
6499000       +EDI: HFC.COM Nov 05 2010 22:58:00      Hsbc/rs,   Acct No xxxxxxxxxx0121,   Attn: Bankruptcy,
               Po Box 5263,   Carol Stream, IL 60197-5263
6499004       +EDI: RESURGENT.COM Nov 05 2010 22:58:00      Lvnv Funding Llc,   Acct No xxxxxxxxxxxx4439,
               Po Box 740281,   Houston, TX 77274-0281
6499005       +EDI: TSYS2.COM Nov 05 2010 22:58:00      Macy's,   Acct No xxxxxxxx0200,   POB 689195,
               Des Moines, IA 50368-9195
6499006       +EDI: TSYS2.COM Nov 05 2010 22:58:00      Macys/fdsb,   Acct No xxxxxxxx2020,   Attn: Bankruptcy,
               Po Box 8053,   Mason, OH 45040-8053
6499008        EDI: HFC.COM Nov 05 2010 22:58:00      Orchard Bank,   Acct No xxxx-xxxx-xxxx-7105,   PO Box 60102,
               City of Industry, CA 91716-0102
6499009        EDI: SEARS.COM Nov 05 2010 22:58:00      Sears Card,   Acct No xxxxxxxxxxxx6641,   PO Box 688956,
               Des Moines, IA 50368-8956
```

```
District/off: 0978-2          User: admin              Page 2 of 2               Date Rcvd: Nov 05, 2010
Case: 10-31052                Form ID: B9A             Total Noticed: 48

The following entities were noticed by electronic transmission (continued)
6499010      +EDI: SEARS.COM Nov 05 2010 22:58:00     Sears/cbsd,   Acct No xxxxxxxxxxxx6641,
              701 East 60th St N,   Sioux Falls, SD 57104-0432
6499016      +EDI: WFNNB.COM Nov 05 2010 22:58:00     Wfnnb/ann Taylor,   Acct No xxxxxxxxxxxx5126,
              Po Box 182273,   Columbus, OH 43218-2273
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6498975       Applied Bank,   Acct No xxxxxxxxxxxx0330,   PO Box 17120,   DE 19866-7120
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2010**                    **Signature:**    _Joseph Speetjens_